UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NICOLAS AQUINO, | Case No. 5:14-cv-03387-EJD |
|---|---|
| Plaintiff, | |
| v. | **PRETRIAL ORDER (JURY)** |
| COUNTY OF MONTEREY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

The parties are ordered to comply with the following schedule:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | 10:00 a.m. on July 12, 2018 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | June 28, 2018 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | July 2, 2018 |
| Jury Selection | 9:00 a.m. on July 31, 2018 |

1

Case No.: 5:14-cv-03387-EJD
PRETRIAL ORDER (JURY)

| Jury Trial[1] | July 31 and August 3, 7, 8, 10, and 13 2018 |
|---|---|
| Jury Deliberations | August 13, 2018 |

IT IS FURTHER ORDERED that fact discovery is reopened **only** (1) to allow Defendants to conduct a further two-hour deposition of Plaintiff and (2) to allow Plaintiff to conduct depositions of fact witnesses whom Defendants disclosed after the close of fact discovery.

IT IS FURTHER ORDERED that expert discovery is reopened until February 28, 2018.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: December 14, 2017

EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2
Case No.: 5:14-cv-03387-EJD
PRETRIAL ORDER (JURY)