UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLAS AQUINO, | Case No. 5:14-cv-03387-EJD |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO ALLOW FOR SECOND DEPOSITION OF DEFENDANTS' OWN EXPERT** |
| COUNTY OF MONTEREY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | Re: Dkt. No. 82 |

Before the Court is an unopposed administrative motion requesting leave to allow for a second deposition of their own expert, Mr. Don Cameron, due to the unavailability of Mr. Cameron at trial. Dkt. No. 82. Having carefully considered the motion, the Court GRANTS Defendants' request.

**IT IS SO ORDERED.**

Dated: February 7, 2018

_____
EDWARD J. DAVILA
United States District Judge