UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLAS AQUINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MONTEREY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 5:14-cv-03387-EJD<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 207 |

Defendants' motion for leave to file a motion for reconsideration (Dkt. No. 207) is GRANTED. The parties are advised that, based on a preliminary assessment of Defendants' proposed motion for reconsideration (Dkt. No. 207 at pp. 8-14), the Court is inclined to grant the relief requested. Plaintiff shall inform the Court on **July 31, 2018** if he opposes Defendants' motion, and, if so, shall be prepared to argue the matter. In addition, Plaintiff may optionally file a written opposition of no more than **seven (7) pages**, no later than **July 31, 2018 at 8:00 a.m.**

**IT IS SO ORDERED.**

Dated: July 30, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-03387-EJD
ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
1