UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLAS AQUINO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 5:14-cv-03387-EJD<br><br>**ORDER MODIFYING ORDER REGARDING PLAINTIFF'S NINTH MOTION *IN LIMINE***<br><br>Re: Dkt. No. 201 |

Based on the evidence introduced at trial, it now appears that the Letter of Reprimand issued by Colonel Doral Sandlin ("LOR") may not exclusively relate to events that were triggered by Dep. Rodriguez's December 13, 2013 visit to NPS ("the NPS Visit"). Accordingly, the Court MODIFIES its ruling on Plaintiff's Ninth Motion *in Limine* (Dkt. No. 201) and removes the restriction that the LOR "can only be admitted for the purpose of determining whether the NPS Visit proximately caused the loss of military career that Plaintiff claims." Dkt. No. 201 at 8.

**IT IS SO ORDERED.**

Dated: August 2, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-03387-EJD
ORDER MODIFYING ORDER REGARDING PLAINTIFF'S NINTH MOTION *IN LIMINE*
1