CHARLES J. McKEE (SBN 152458)
County Counsel
MICHAEL R. PHILIPPI (SBN 120967)
Deputy County Counsel
MICHELE R. LYONS (SBN 234891)
Deputy County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California 93901-2653
Tel: (831) 755-5045
Facsimile (831)755-5283
philippimr@co.monterey.ca.us
lyonsmr@co.monterey.ca.us
Attorneys for Defendant Ivan Rodriguez

NINA M. PATANE (SBN 157079)
ANDREA C. AVILA (SBN 193980)
PATANE • GUMBERG • AVILA, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477

WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP.
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
bill@polarislawgroup.com

Attorneys for Plaintiff,
NICOLAS AQUINO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

1

Stipulation and Proposed Order Vacating Judgment

| NICOLAS AQUINO, | ) Case No.: 5:14-cv-03387-EJD |
|---|---|
| Plaintiffs | ) STIPULATED REQUEST FOR ORDER ) VACATING JUDGEMENT PURSUANT TO FRCP ) 59(e) |
| v. | |
| COUNTY OF MONTEREY SHERIFF'S DEPARTMENT; IVAN RODRIGUEZ, an individual; DAVID MURRAY, an individual and DOES 1 through 25, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

1. The parties have reached a settlement in this matter resolving all issues, including damages, costs and attorney's fees, and desire that judgement in this case (Dkt. 275) be vacated in order to implement the agreed-upon settlement.

2. As of the time of filing this stipulation, the settlement agreement has been approved by the Monterey County Board of Supervisors contingent on the judgement in this case (Dkt. 275) being vacated.

3. Upon judgement (Dkt. 275) being vacated, the agreement will be executed.

4. Accordingly, the parties request that judgment in this matter (Dkt. 275) be vacated.

Stipulation and Proposed Order Vacating Judgment

Dated: 8/29/18

CHARLES J. McKEE
County Counsel

By: _____
Michael R. Philippi, Deputy County Counsel,
Attorneys for Defendants County of Monterey
Sheriff's Office, Ivan Rodriguez and David Murray

Dated: 8/29/18

PATANE • GUMBERG • AVILA, LLP

By: _____
Nina M. Patane
Attorneys for Plaintiff Nicolas Aquino

## ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.
The judgment filed on August 14, 2018 (Dkt. No. 275) is VACATED.

Dated: September 7, 2018

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Vacating Judgment

3