NINA M. PATANE, Esq., SBN 157079
ANDREA C. AVILA, Esq., SBN 193982
PATANE • GUMBERG • AVILA, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477
Email: npatane@pglawfirm.com
Email: avila@pglawfirm.com

WILLIAM L. MARDER, ESQ. (SBN 170131)
Polaris Law Group, LLP
501 San Benito Street, Suite 200
Hollister, CA 95023
Telephone: (831) 531-4214
Facsimile: (831) 634-0333
Email: bill@polarislawgroup.com
Attorneys for Plaintiff NICOLAS AQUINO

CHARLES J. McKEE, SBN 152458
County Counsel
MICHAEL R. PHILIPPI, SBN 120967
Deputy County Counsel
MICHELE R. LYONS, SBN 234891
Deputy County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
philippimr@co.monterey.ca.us
lyonsmr@co.monterey.ca.us
Attorneys for Defendants COUNTY OF MONTEREY
and IVAN RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| NICOLAS AQUINO,<br><br>                    Plaintiff,<br><br>    vs.<br><br>COUNTY OF MONTEREY; IVAN RODRIGUEZ, an individual,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 14-CV-03387 EJD<br><br>JOINT STIPULATION FOR DISMISSAL WTH PREJUDICE; [PROPOSED] ORDER |

1

*Aquino v. County of Monterey, et al.*                                                    Case No.  5:14-CV-03387 EJD
Joint Stipulation for Dismissal With Prejudice; [Proposed] Order

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  October 4, 2018                    PATANE • GUMBERG • AVILA, LLP

By: */s/ Andrea C. Avila*
ANDREA C. AVILA
Attorneys for Plaintiff NICOLAS AQUINO

Dated:  October 4, 2018                    CHARLES J. McKEE
County Counsel

By: */s/ Michael R. Philippi*
MICHAEL R. PHILIPPI, Deputy County Counsel
Attorneys for Defendants COUNTY OF
MONTEREY and IVAN RODRIGUEZ

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: October 4, 2018

By: */s/ Michael R. Philippi*
MICHAEL R. PHILIPPI, Deputy County Counsel
Attorneys for Defendants COUNTY OF
MONTEREY and IVAN RODRIGUEZ

2

**[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL**

Having reviewed the stipulation of the parties, and good cause appearing, pursuant to stipulation, it is so ordered.

**IT IS SO ORDERED.**

Dated: _____October 5_____, 2018                    _____

The Honorable Edward J. Davila

*Aquino v. County of Monterey, et al.*                                   Case No.  5:14-CV-03387 EJD
Joint Stipulation for Dismissal With Prejudice; [Proposed] Order